IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 5:21-mc-00011 |
| v. ) | |
| ) | |
| RONNIE ZACHARY, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| ) | |
| ROBINS FEDERAL CREDIT UNION, ) | |
| ) | |
| Garnishee. ) | |

## FINAL ORDER OF GARNISHMENT

This matter is before the Court on the Government's request to issue a Final Order of Garnishment, pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 3205(c)(7) of the Federal Debt Collection Procedures Act, against the substantial nonexempt property belonging to or due to the Defendant, Ronnie Zachary.

Plaintiff, the United States of America, filed an Application for Writ of Garnishment in the Southern District of Georgia, seeking substantial nonexempt property belonging to or due to Defendant and held by the Garnishee. Motion for Writ of Garnishment, No. 4:14-cr-00331 (S.D. Ga. Oct. 15, 2021), ECF No. 16. The Court granted the Government's application on October 20, 2021. Order Granting Exparte Motion as to Ronnie Zachary, No. 4:14-cr-00331 (S.D. Ga. Oct. 20, 2021), ECF No. 17. A Writ of Garnishment and the accompanying documents was duly issued and served on the Garnishee. Writ of Continuing Garnishment as to Ronnie Zachary, No. 4:14-cr-00331 (S.D. Ga. Oct. 20, 2021), ECF No. 18. The Garnishee filed its Answer, indicating the disposable earnings in its possession, custody, or control due

to the Defendant. *See* Answer of Garnishee, No. 4:14-cr-00331 (S.D. Ga. Oct. 25, 2021), ECF No. 20.

The Defendant was served with the Writ of Garnishment and appropriate instructions. *See* Clerk's Notice of Post-Judgment Garnishment, No. 4:14-cr-00331 (S.D. Ga. Oct. 21, 2021), ECF No. 19.

The Defendant filed a timely request for hearing and timely request to transfer the garnishment to his home venue of the Middle District of Georgia on November 19, 2021. Claim for Exemptions, Motion - Request for Hearing, and/or Request for Transfer, No. 4:14-cr-00331 (S.D. Ga. Oct. 25, 2021), ECF No. 22. The District Court for the Southern District of Georgia granted the Defendant's request to transfer on December 8, 2021. *See* Order Granting Defendant's Motion for Hearing, No. 4:14-cr-00331 (S.D. Ga. December 8, 2021), ECF No. 24.

The District Court for the Middle District of Georgia granted the Defendant's request for hearing [Doc. 4] over the government's objection [Doc. 3], and a hearing as to whether any exemptions provided by 18 U.S.C.§ 3613(a)(1) apply to the pending garnishment was held on January 10, 2022. Counsel for the United States and the Defendant Ronnie Zachary were present, and the Court heard from both parties. The Defendant failed to prove a valid claim for exemption that would protect his property from the pending garnishment. The twenty-day statutory period for the Defendant to raise another claim or objection has elapsed. *See* 28 U.S.C. §§ 3205(c)(5), and 3202(b),(d).

Having considered the entirety of the record, and noting that the Defendant was afforded the hearing he requested, the Court grants the United States' Motion for Entry of Final Order of Garnishment and orders as follows:

THIS COURT ORDERS that the Garnishee shall pay the entirety of the balance held in each account owned by the Defendant to the Plaintiff, to be applied to Defendant's

outstanding restitution balance. The Garnishee shall liquidate any/all securities therein as needed to comply with this Order, and the Garnishee shall not withhold any amount for tax purposes.

IT IS FURTHER ORDERED that payment by the Garnishee under this Order shall be made by check bearing case number 4:14-cr-00331, payable to "Clerk, U.S. District Court," and delivered to the United States District Court Clerk, P.O. Box 8286, Savannah Georgia, 31412 within 20 days of the date of this Order. Once this payment has been made, the Garnishee is directed to release its encumbrance over any and all of the Defendant's financial accounts in its possession.

IT IS FURTHER ORDERED that the Garnishee provide written notification of the date and amount of the payment delivered to the Clerk of Court under this Order to the Defendant Ronnie Zachary; and with copies to the United States Attorney's Office, Attention Financial Litigation Unit, P.O. Box 8970, Savannah, GA 31412.

IT IS SO ORDERED this \_\_\_\_ day of _____, 2022.

TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA